**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **EDWARD MURDOCK and SHERYL MURDOCK,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MAVERICK TURTLE CREEK APARTMENTS, et al.,**<br><br>**Defendants.** | **ORDER TO SHOW CAUSE**<br><br>**Case No. 2:23-cv-00866-JNP-JCB**<br><br>**District Judge Jill N. Parrish**<br><br>**Magistrate Judge Jared C. Bennett** |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Plaintiffs' complaint in this case was filed on November 29, 2023.[2] Under Fed. R. Civ. P. 4(m), service of a summons and complaint must be completed no later than 90 days after the complaint is filed. As of the date of this order to show cause, more than 90 days have passed since Plaintiffs filed their complaint, and they have not provided the court with the requisite proof of service under Fed. R. Civ. P. 4(*l*) to demonstrate that a summons and the complaint have been served on Defendants in a timely manner.[3]

[1] ECF No. 4.

[2] ECF No. 1.

[3] The court acknowledges that Plaintiffs filed an amended complaint on April 2, 2024, which removed two of the four Defendants named in Plaintiffs' original complaint. ECF No. 7. However, that filing did not restart the time limit for service under Fed. R. Civ. P. 4(m) for the remaining two Defendants who were named in Plaintiffs' original complaint. *Constien v. United States*, 628 F.3d 1207, 1216 (10th Cir. 2010) (providing that the time period under Fed. R. Civ. P. 4(m) "runs from the filing of the initial complaint" and that "later amendments to the complaint

Therefore, the court HEREBY ORDERS Plaintiffs to show cause why this case should not be dismissed for lack of prosecution.[4] Plaintiffs must file a response to this order to show cause on or before May 6, 2024, to inform the court of the status of this case and Plaintiffs' intentions to proceed. Failure to do so may result in dismissal of this case.[5]

IT IS SO ORDERED.

DATED this 22nd day of April 2024.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

do not change the time limit except for newly added parties"); *Bolden v. City of Topeka, Kan.*, 441 F.3d 1129, 1148 (10th Cir. 2006) (providing that the time limit under Fed. R. Civ. P. 4(m) "is not restarted by the filing of an amended complaint except as to those defendants newly added in the amended complaint"). Therefore, Plaintiffs were required to serve those two Defendants within 90 days of the filing date of Plaintiffs' original complaint.

[4] DUCivR 41-2 ("At any time, the court may issue an order to show cause requiring a party seeking affirmative relief to explain why the case should not be dismissed for lack of prosecution.").

[5] *Id.* ("If the party does not show good cause, a district judge or a magistrate judge presiding by consent may enter an order of dismissal. The dismissal may be with or without prejudice, as the court deems proper.").