IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| EDWARD AND SHERYL MURDOCK, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 2:23-cv-00866 |
| | § | |
| MAVERICK TURTLE CREEK APARTMENTS, NATIONAL CREDIT SYSTEMS, INC., | § | |
| | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

---

**ORDER GRANTING DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S RULE 12(b)(3) MOTION TO DISMISS**

---

After considering *Defendant National Credit Systems, Inc.'s Motion to Dismiss, or Alternatively, Motion to Transfer Venue* alleging improper and inconvenient venue, the Court GRANTS the motion and dismisses Plaintiffs' Complaint without prejudice to re-filing in a proper forum.

SO ORDERED.

Signed this _____ of June, 2024.

______________________________________
UNITED STATES DISTRICT JUDGE