IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| EDWARD AND SHERYL MURDOCK,<br><br>*Plaintiffs*,<br><br>v.<br><br>MAVERICK TURTLE CREEK APARTMENTS, NATIONAL CREDIT SYSTEMS, INC.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:23-cv-00866 |

**ORDER GRANTING DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S RULE 12(b)(3) MOTION TO DISMISS**

After considering *Defendant National Credit Systems, Inc.'s Motion to Dismiss, or Alternatively, Motion to Transfer Venue* alleging improper and inconvenient venue, the Court GRANTS the motion and dismisses Plaintiffs' Complaint without prejudice to re-filing in a proper forum.

SO ORDERED.

Signed this _____ of June, 2024.

______________________________________
UNITED STATES DISTRICT JUDGE