FILED
2024 NOV 8 PM 12:54
CLERK
U.S. DISTRICT COURT

*& Sheryl Murdock*
*554 South 100 East*
*PO Box 194*
*Nephi, Utah 84648*
*ernjems@hotmail.com*

**IN THE UNIED STATES DISCRICT COURT**

**DISTRICT OF UTAH**

**DATE: 30TH DAY OF MAY 2023**

| | | |
|---|---|---|
| **EDWARD & SHERYL MURDOCK** | § | |
| **PLAINTIFF(S)** | § | |
| vs. | § | |
| | § | **CASE NO: 22 3CV866** |
| **MAVERICK TURTLE CREEK APARTMENTS, NATIONAL CREDIT SYSTEMS** | | |
| **DEFENDANT(S)** | | |

# MOTION TO ORDER CLERK TO SIGN DEFAULT JUDGMENT

Now comes Edward and Sheryl Murdock, hereinafter referred to as "Plaintiff(s)" and moves this court to order the federal clekr, Gary Serdar to sign the Default Judgment filed with the clerk on the .

## I. FILED FOR DEFAULT JUDGMENT

Plaintiff filed with the clerk of the Federal District of Utah clerk and default judgment and requested of the clerk that the clerk sign the default in accordance with this duty under Federal Rules of Civil Procedure 55(b)(1) which reads as follows:

> *(b) Entering a Default Judgment.*
>
> *(1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.*

The clerk refused to sign the default and, by so doing, denied Plaintiff in the procedural due course of the laws of the United States.

## II. PLAINTIFF MOVES THE COURT

Plaintiff moves the court to issue an order directing the Federal Clerk to sign the default as requested.

In the alternative, Plaintiff moves the court to forthwith sign the default.

*~/Edward Murdock/~*
*Edward Murdock*
*PO Box 194*
*Nephi, Utah 84648*

*~/Sheryl Murdock/~*
*Sheryl Murdock*
*PO Box 194*
*Nephi, Utah 84648*

# VERIFICATION-1 OF 2

*I, Edward Murdock, do swear and affirm that all statements made herein are true and accurate, in all respects.*

*Edward & Sheryl Murdock* Edward R. Murdock 11/5/24
*554 South 100 East*
*PO Box 194*
*Nephi, Utah 84648*
*ernjems@hotmail.com*

*SWORN TO AND SUBSCRIBED BEFORE ME,* __ *notary's name* Carole H. Brough ___, *by* ___ *your name* Edward Murdock ______, *on the* 5 *day of* Nov, *2022* [2024], *which witnesses my hand and seal of office.*

Carole H Brough
*NOTARY PUBLIC IN AND FOR*
*THE STATE OF ~~TEXAS~~* Utah CB

CAROLE H BROUGH
NOTARY PUBLIC • STATE OF UTAH
COMMISSION# 715387
COMM. EXP. 12-06-2024

# VERIFICATION-2 OF 2

*I, Sheryl Murdock, do swear and affirm that all statements made herein are true and accurate, in all respects.*

Sheryl Murdock 11-5-24 SM

*Edward & Sheryl Murdock*
*554 South 100 East*
*PO Box 194*
*Nephi, Utah 84648*
*ernjems@hotmail.com*

*SWORN TO AND SUBSCRIBED BEFORE ME,* __ *notary's name* Carole Brough *by* ___ *your name* Sheryl Murdock ______, *on the* 5 *day of* Nov, *2022* [2024], *which witnesses my hand and seal of office.*

Carole H Brough
*NOTARY PUBLIC IN AND FOR*
*THE STATE OF ~~TEXAS~~* Utah CB

CAROLE H BROUGH
NOTARY PUBLIC • STATE OF UTAH
COMMISSION# 715387
COMM. EXP. 12-06-2024