**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **EDWARD MURDOCK and SHERYL MURDOCK,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MAVERICK TURTLE CREEK APARTMENTS, et al.,**<br><br>**Defendants.** | **ORDER TO SHOW CAUSE**<br><br>**Case No. 2:23-cv-00866-JNP-JCB**<br><br>**District Judge Jill N. Parrish**<br><br>**Magistrate Judge Jared C. Bennett** |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] On November 27, 2024, the court ordered Plaintiffs to comply with the court's Order to Propose Schedule.[2] That order included the requirement that Plaintiffs ensure that an appropriate motion concerning scheduling was filed within 21 days (i.e., by December 18, 2024). The court warned Plaintiffs that their failure to comply with that order would result in the court requiring them to show cause why this case should not be dismissed for lack of prosecution.

Plaintiffs failed to comply with the order. Therefore, the court HEREBY ORDERS Plaintiffs to show cause why this case should not be dismissed for lack of prosecution.[3] Plaintiffs

[1] ECF No. 4.

[2] ECF No. 29.

[3] DUCivR 41-2 ("At any time, the court may issue an order to show cause requiring a party seeking affirmative relief to explain why the case should not be dismissed for lack of prosecution.").

must file a response to this order to show cause on or before February 18, 2025, to inform the court of the status of this case and Plaintiffs' intentions to proceed. Failure to do so will result in the court recommending that this case be dismissed.[4]

IT IS SO ORDERED.

DATED this 3rd day of February 2025.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

[4] *Id*. ("If the party does not show good cause, a district judge or a magistrate judge presiding by consent may enter an order of dismissal. The dismissal may be with or without prejudice, as the court deems proper.").